```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 14858
   MARGRIA HOLT
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-1584

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/13/2006 and was confirmed 01/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/17/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------
FRANKLIN CREDIT MANAGEME   CURRENT MORTG        .00           .00           .00
FRANKLIN CREDIT MANAGEME   MORTGAGE ARRE     793.55           .00           .00
HOMECOMINGS FINANCIAL      CURRENT MORTG        .00           .00           .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE    9819.38           .00           .00
PIERCE & ASSOCIATES        NOTICE ONLY    NOT FILED           .00           .00
PIERCE & ASSOCIATES        NOTICE ONLY    NOT FILED           .00           .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG        .00           .00           .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE    7317.17           .00           .00
WILSHIRE CREDIT CORPORAT   UNSEC W/INTER  NOT FILED           .00           .00
AMERICAN GENERAL FINANCE   SECURED VEHIC    7190.19        244.65       1172.42
AMERICAN GENERAL FINANCE   UNSEC W/INTER  NOT FILED           .00           .00
ARONSON FURNITURE          SECURED           497.00         16.11        119.71
COOK COUNTY TREASURER      SECURED          3771.35        189.03        469.40
COOK COUNTY TREASURER      UNSEC W/INTER  NOT FILED           .00           .00
COOK COUNTY TREASURER      SECURED           800.00         40.09         99.59
NUVELL CREDIT CO LLC       SECURED VEHIC   26101.23        913.93       2971.15
NUVELL CREDIT CO LLC       UNSEC W/INTER  NOT FILED           .00           .00
CINGULAR WIRELESS CHICAG   UNSEC W/INTER  NOT FILED           .00           .00
ATT WIRELESS               UNSEC W/INTER  NOT FILED           .00           .00
ARONSON FURNITURE          UNSEC W/INTER     164.50           .00           .00
NEAL FELD                  DEBTOR ATTY      1,925.00                    1,102.94
TOM VAUGHN                 TRUSTEE                                        464.94
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    7,803.96

PRIORITY                                           .00
SECURED                                       4,832.27

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 14858 MARGRIA HOLT
```

```
     INTEREST                                              1,403.81
UNSECURED                                                       .00
ADMINISTRATIVE                                            1,102.94
TRUSTEE COMPENSATION                                        464.94
DEBTOR REFUND                                                   .00
                                  ---------------     ---------------
TOTALS                                   7,803.96            7,803.96
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 12/27/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```